UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 25-1786 FMO (MAAx) | Date | May 30, 2025 |
|---|---|---|---|
| Title | Samuel Rojas v. Marco Rubio, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Order to Show Cause

     Having reviewed the docket in this action and plaintiff's Response to the Court's Order to Show Cause (Dkt. 12, "Response"), the court concludes that plaintiff has not properly served defendants, including failing to serve the Attorney General of the United States and United States Attorney for the Central District of California. Plaintiff's counsel is advised to consult Federal Rule of Civil Procedure 4(i)(1) & (2). No further extensions will be granted. Accordingly, IT IS ORDERED THAT:

     1. Plaintiff shall serve defendants no later than **June 19, 2025**, and file proofs of service no later than **June 23, 2025**.

     2. Plaintiff is admonished that failure to file proofs of service by the deadline set forth above will result in the action or any unserved defendant being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

     3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Dkt. 11), is hereby continued pending compliance with this Order.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |